AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
v.
Jose Homero VALLES-Juarez

AKA:
IAE      YOB: 1978
Mexico

(Name and Address of Defendant)

United States District Court
Southern District Of Texas
**FILED**
MAR 19 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: **M-19-0647-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 16, 2019** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On March 16, 2019, Jose Homero VALLES-Juarez a citizen of Mexico was encountered by Immigration Officers at the Starr County Jail in Rio Grande City, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on March 18, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on December 11, 2015 via the Hidalgo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about February 25, 2019 by wading the Rio Grande River at or near Roma, Texas. On January 6, 2006, the defendant was convicted of Conspiracy to Distribute a Controlled Substance and sentenced to one hundred sixty-eight (168) months to the custody of the United States Bureau of Prisons and five (5) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA _James E. Pulk on 3/19/19_

_Signature of Complainant_

**Armando Perez**
**Printed Name of Complainant**

Sworn to before me and subscribed in my presence,

**March 19, 2019** at **McAllen, Texas**
**Date**                           **City and State**

**J. Scott Hacker**          **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**          **Signature of Judicial Officer**